UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2013
```

HAVLISH

                        Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 13CV7074 (gbd)

-v-

ROYAL DUTCH SHELL, PLC

                        Defendant(s)

I hereby certify under the penalties of perjury that on 4th day of DECEMBER, 20 13, I served: ROYAL DUTCH SHELL PLC, SHELL CENTRE, 2 YORK ROAD, LONDON SE1 7NA, UNITED KINGDOM

☒ One copy of the RESTRAINING NOTICE

by FED EX TRACKING # 7972 4298 4402, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       12/4/2013

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*

Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT



11/25/13

From: (317) 582-0000
Rich Hailey
Ramey & Hailey
933 North Meridian Street
Suite 105
Indianapolis, IN 46260
UNITED STATES

Origin ID: MZZA

SHIP TO: 4402079341234        BILL SENDER

Legal Affairs
Royal Dutch Shell plc
Shell Centre
2 York Road

LONDON, SE17NA
GB

FedEx Ship Manager - Print Your Label(s)

Ship Date: 25NOV13
ActWgt: 1.0 LB
CAD: 105808175/INET3430

REF:
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD
T/C: S 501287105
SIGN: Rich Hailey
EINVAT:
PKG TYPE: PAK

D/T: S 501287105

TRK# 7972 4298 4402  0430

NY NDYA

A3
INTL PRIORITY

SE1 7NA
-GB
STN

CONSIGNEE COPY - PLEASE PLACE IN POUCH

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

Align bottom of **Peel and Stick Airbill** o