UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2013

HAVLISH

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __13CV7074__ (gbd)

-v-

ROYAL DUTCH SHELL, PLC

Defendant(s)

I hereby certify under the penalties of perjury that on 4th day of DECEMBER _____, 20 13 , I served:
LEGAL AFFAIRS ROYAL DUTCH SHELL, CAREL VAN BYLANDTLAAN 30, 2596 HR THE HAUGE,
THE NETHERLANDS

[X] One copy of the RESTRAINING NOTICE

by FED EX TRACKING # 7972 4303 3366 , to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
12/4/2013

**RUBY J. KRAJICK**
**CLERK OF COURT**

Print Name: JEANINEVIERA-SAN
DEPUTY CLERK OF COURT

Sender: You must seal flap before shipping.

Press here to seal.    Press here to seal.    Press here to seal.

Align bottom of **Peel and Stick Airbill** or **Pouch** he

11/25/13

FedEx Ship Manager - Print Your Label(s)

From: (317) 582-0000          Origin ID: MZZA
Rich Hailey
Ramey & Hailey
933 North Meridian Street
Suite 105
Indianapolis, IN 46260
UNITED STATES

Ship Date: 25NOV13
ActWgt: 1.0 LB
CAD: 105808175/INET3430

REF:
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD
T/C: S 501287105          D/T: S 501287105
SIGN: Rich Hailey
EIN/VAT:
PKG TYPE: PAK

SHIP TO: 3170379411          BILL SENDER

Legal Affairs
Royal Dutch Shell plc
Carel van Bylandtlaan 30
HR

THE HAGUE, 2596
NL



PM
INTL PRIORITY

2596
-NL
RTM

TRK# 7972 4303 3366
0430

## NX RTMA



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

© 2011 FedEx 158396 REV 1/11