USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 24 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Filed by ECF

No. 13-cv-7074 (GBD)

---------------------------------------x

FIONA HAVLISH, individually and
on behalf of the ESTATE OF
DONALD G. HAVLISH, JR.,
Deceased, et al.,

        Petitioners,

v.

ROYAL DUTCH SHELL PLC
Carel van Bylandtlaan 30
2596 HR The Hague
The Netherlands

        Respondent.

---------------------------------------x

Judgment Debtors:
Islamic Republic of Iran
National Iranian Oil Company
Islamic Revolutionary Guard Corp
Ministry of Petroleum
Ayatollah Ali Hosenei Khameneri
Ali Akbar Hashemi Rafsanjani
Ministry of Information and Security
National Iranian Tanker Corporation
National Iranian Gas Company
National Iranian Petrochemical Co.
Ministry of Econ. Affairs & Finance
Ministry of Commerce
Ministry of Defense & Armed Forces
Iran Airlines
Central Bank of Iran
Hezbollah

## AMENDED STIPULATION AND CONSENT ORDER

    This Amended Stipulation and Consent Order in the above-captioned action is entered into this 6th day of December 2013, by and among Fiona Havlish, individually and on behalf of the Estate of Donald G. Havlish, Jr., Deceased, et al. (collectively, the "Havlish Judgment Creditors" or the "Petitioners"), and respondent Royal Dutch Shell plc ("RDS" or "Respondent"), which appears specially for purposes of this Stipulation, without prejudice to its right to contest service and jurisdiction in this matter.

    WHEREAS, Petitioners purport to hold an unsatisfied judgment in the amount of $6,048,513,805, plus interest against the Islamic Republic of Iran and fifteen of its political subdivisions, agencies and instrumentalities (collectively, the "Iranian Judgment Debtors");

WHEREAS, on October 4, 2013, Petitioners filed in this Court a Petition seeking to garnish approximately $2,336,000,000 in funds allegedly held by RDS as a payable to the National Iranian Oil Company, one of the Iranian Judgment Debtors (the "Petition");

WHEREAS, on October 7, 2013, this Court issued an Order scheduling an initial pretrial conference in this action for Wednesday, December 18, 2013, at 9:30 a.m.;

WHEREAS, Respondent has filed its motion to dismiss and the parties have agreed that the Petitioner has through April 24, 2014 to respond and Respondent has through May 16, 2014 to reply (without prejudice to Respondent's right to contest service and jurisdiction);

IT IS THEREFORE AND HEREBY AGREED AND ORDERED THAT:

1. Petitioners' time to file an opposition to Respondent's motion to dismiss filed January 27, 2014 is extended from February 24, 2014 to April 24, 2014, and Respondent's time to file a reply is extended from March 10, 2014 to May 16, 2014.

2. Nothing in this Stipulation and Consent Order will be deemed a waiver of Respondent's objections as to service, jurisdiction or venue.

DEBEVOISE & PLIMPTON LLP

By: _____
William H. Taft V
919 Third Avenue
New York, New York 10022
(212) 909-6000
dwrivkin@debevoise.com
*Attorneys for Respondent*

RAMEY & HAILEY

By: _____
Richard D. Hailey
P.O. Box 40849
Indianapolis, Indiana 46240
(317) 582-0000
rich@rameyandhaileylaw.com
*Attorneys for Petitioners*

**SO ORDERED:**

_George B. Daniels_
Hon. George B. Daniels, USDJ
FEB 24 2014
_____, 2014